1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2   jnadolenco@mayerbrown.com
    JEROME JAUFFRET (SBN 159135)
3   jjauffret@mayerbrown.com
    350 South Grand Avenue, 25th Floor
4   Los Angeles, CA 90071-1503
    Telephone: (213) 229-9500
5   Facsimile: (213) 625-0248

6   Attorneys for Defendants
    SARA LEE CORPORATION and SARA LEE
7   BAKERY GROUP

8

9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11            **SAN FRANCISCO DIVISION**

12

13   DAVID M. CATHCART, JAMES H.
    WHITEHEAD, ROBERT W. DECKER, DALE     Case No. CV 09-5748 MMC
14   BALDISSERI, individually, and on behalf of all
    others similarly situated,              **[PROPOSED] ORDER ON**
15                        **STIPULATION TO CONTINUE**
             Plaintiff,             **HEARING ON DEFENDANTS'**
                       **MOTION TO DISMISS AND INITIAL**
16                        **CASE MANAGEMENT CONFERENCE**
    v.
17
    SARA LEE CORPORATION, SARA LEE
18   BAKERY GROUP, and DOES 1 through 20,     Complaint Filed: December 8, 2009

19           Defendants.         The Honorable Maxine M. Chesney

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS that the following dates shall be continued:

1. The hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint shall be continued from March 26, 2010 to April 16, 2010 at 9:00 a.m.; and

2. The Initial Case Management Conference shall be continued from March 19, 2010 to ~~April 30~~ May 14, 2010 at 10:30 a.m. All related deadlines are also continued.

DATED: March 1, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER ON STIPULATION TO CONTINUE MOTION TO DISMISS HEARING AND CMC
CASE NO. CV 09-5748 MMC

28825365