| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | JOHN NADOLENCO (SBN 181128)<br>jnadolenco@mayerbrown.com |
| 3 | JEROME JAUFFRET (SBN 159135)<br>jjauffret@mayerbrown.com |
| 4 | 350 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071-1503 |
| 5 | Telephone: (213) 229-9500<br>Facsimile:  (213) 625-0248 |
| 6 | Attorneys for Defendants |
| 7 | SARA LEE CORPORATION and SARA LEE<br>BAKERY GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, and DOES 1 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  December 8, 2009<br><br>The Honorable Maxine M. Chesney |

[PROPOSED] ORDER ON STIPULATION TO CONTINUE MOTION TO DISMISS HEARING AND CMC
CASE NO. CV 09-5748 MMC

28825365

## ORDER

Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS that the following dates shall be continued:

1. The hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint shall be continued from March 26, 2010 to April 16, 2010 at 9:00 a.m.; and

2. The Initial Case Management Conference shall be continued from March 19, 2010 to ~~April 30~~ May 14, 2010 at 10:30 a.m.  All related deadlines are also continued.

DATED:  March 1, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

-1-
[PROPOSED] ORDER ON STIPULATION TO CONTINUE MOTION TO DISMISS HEARING AND CMC
CASE NO. CV 09-5748 MMC

28825365