```
 1  MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
 2  jnadolenco@mayerbrown.com
    JEROME JAUFFRET (SBN 159135)
 3  jjauffret@mayerbrown.com
    350 South Grand Avenue, 25th Floor
 4  Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
 5  Facsimile:  (213) 625-0248

 6  Attorneys for Defendants
    SARA LEE CORPORATION and SARA LEE
 7  BAKERY GROUP
```

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, and DOES 1 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS<br><br><br>Complaint Filed:  December 8, 2009<br><br>The Honorable Maxine M. Chesney |
|---|---|

---

[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE REPLY
CASE NO. CV 09-5748 MMC

28826800

ORDER

Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS that:

1. Defendants' Reply in support of their Motion to Dismiss Plaintiffs' Complaint may be filed no later than April 6, 2010; and

2. The hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint will remain set for April 16, 2010 at 9:00 a.m.

DATED: April 1, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

*Alternatively*,

~~ORDER~~

~~Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS that the hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint is continued from April 16, 2010 to April 23, 2010 at 9:00 a.m.~~

~~DATED:~~

_____
~~Hon. Maxine M. Chesney~~
~~United States District Court Judge~~

-1-
[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE REPLY
CASE NO. CV 09-5748 MMC

28826800