| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
| | JEROME JAUFFRET (SBN 159135) |
| 3 | jjauffret@mayerbrown.com |
| | 350 South Grand Avenue |
| 4 | 25th Floor |
| | Los Angeles, CA  90071-1503 |
| 5 | Telephone:  (213) 229-9500 |
| | Facsimile:   (213) 625-0248 |
| 6 | |
| | Attorneys for Defendants |
| 7 | SARA LEE CORPORATION and SARA LEE |
| | BAKERY GROUP |
| 8 | |
| | SPIRO MOSS LLP |
| 9 | Ira Spiro (SBN 67641) |
| | Ira@spiromoss.com |
| 10 | 11377 W. Olympic Blvd 5th Floor |
| | Los Angeles, CA 90064 |
| 11 | Telephone: 310-235-2468 |
| | Facsimile:  310-235-2456 |
| 12 | |
| | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated, | Case No. CV 09-5748 MMC |
| | **[PROPOSED] ORDER ON STIPULATION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO ALLOW AMENDMENT OF PLEADINGS** |
| Plaintiff, | |
| v. | |
| SARA LEE CORPORATION, SARA LEE BAKERY GROUP, and DOES 1 through 20, | The Honorable Maxine M. Chesney |
| | Complaint filed: December 8, 2009 |
| Defendants. | |

[PROPOSED] ORDER ON STIPULATION FOR LEAVE TO MODIFY SCHEDULING ORDER
CASE NO. CV 09-5748 MMC

28834015

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED as follows:

    1.    Plaintiffs may file and serve a Second Amended Complaint, in the form attached as Exhibit A to the parties' stipulation filed October 5, 2010, ~~hereto as Exhibit A~~, by no later than ten days after the date of entry of the Court's Order.

    2.    Defendants shall have leave to file an amended answer, responding to Plaintiffs' Second Amended Complaint and adding an affirmative defense of preemption of some or all of Plaintiffs' California law claims by (1) the Federal Aviation Administration Authorization Act (49 U.S.C. § 14501); (2) the federal hours of service statutes and the regulations promulgated pursuant thereto by the Federal Motor Carrier Safety Administration (*see* 49 U.S.C. §§31502, 31136; 49 C.F.R. pt. 395); and (3) the Fair Labor Standards Act (*see* 29 U.S.C. § 201 *et seq*.), by no later than fifteen days after the date of service of the Second Amended Complaint.

    3.    The deadline for discovery as to Motor Carrier exemptions is extended to January 15, 2011.

    4.    The Scheduling Order shall be modified to reflect the above-referenced amendments to the pleadings and discovery extension.

DATED:   October 7, 2010

                              MAXINE M. CHESNEY
                              United States District Judge

[PROPOSED] ORDER ON STIPULATION FOR LEAVE TO MODIFY SCHEDULING ORDER
CASE NO. CV 09-5748 MMC
28834015