1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   JEROME JAUFFRET (SBN 159135)
3  jjauffret@mayerbrown.com
   KRISTEN ROWSE (SBN 235294)
4  krowse@mayerbrown.com
   350 South Grand Avenue
5  25th Floor
   Los Angeles, CA  90071-1503
6  Telephone: (213) 229-9500
   Facsimile:  (213) 625-0248
7
   Attorneys for Defendants
8  SARA LEE CORPORATION, SARA LEE
   BAKERY GROUP and EARTHGRAINS
9  BAKING COMPANIES, INC.

10 SPIRO MOSS LLP
   Ira Spiro (SBN 67641)
11 Ira@spiromoss.com
   11377 W. Olympic Blvd 5th Floor
12 Los Angeles, CA 90064
   Telephone: 310-235-2468
13 Facsimile:  310-235-2456

14 Attorneys for Plaintiffs

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19

20 DAVID M. CATHCART, JAMES H.              Case No. CV 09-5748 MMC
   WHITEHEAD, ROBERT W. DECKER, DALE
21 BALDISSERI, individually, and on behalf of all   **STIPULATION FOR LEAVE TO**
   others similarly situated,                **MODIFY THE SCHEDULING ORDER**
22                                           **TO EXTEND MOTION AND**
                 Plaintiff,                  **DISCOVERY DATES**
23
          v.                                 **[PROPOSED] ORDER**
24
   SARA LEE CORPORATION, SARA LEE           The Honorable Maxine M. Chesney
25 BAKERY GROUP, EARTHGRAINS BAKING
   COMPANIES, INC. (formerly sued as DOE 1)
26 and DOES 2 through 20,                    Complaint filed: December 8, 2009

27               Defendants.

28

1    The parties stipulate as set forth in the numbered paragraphs below, based on the

2  following facts:

3    The Scheduling Order (Dkt. No. 33) set the following deadlines:

4    A.  Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions:

5      December 1, 2010, now January 15, 2011, per stipulated order of October 7, 2010

6      (Docket 35);

7    B.  Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code §

8      514 and Motor Carrier Act exemptions: February 4, 2011;

9    C.  Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion:

10      February 25, 2011;

11    D.  Deadline for reply on Defendants' motion(s) and opposition to cross-motion: March

12      4, 2011;

13    E.  Hearing on above motion(s): March 25, 2011, 9:00 a.m.;

14    F.  Deadline for Plaintiffs to file motion for class certification: May 22, 2011 (a Sunday);

15    G.  Deadline for Defendants to file opposition to motion for class certification: July 8,

16      2011;

17    H.  Deadline for Plaintiffs to file reply on motion for class certification: August 26, 2011;

18    I.  Hearing on motion for class certification: September 16, 2011, 9:00 a.m.

19    An additional defendant, Earthgrains Baking Companies, Inc., was recently added to the

20  pleadings by stipulation and order, and Earthgrains is now participating in discovery responses.

21    The parties have been pursuing discovery and meeting and conferring on further

22  responses by Defendants, as recently as the date of this stipulation.

23    Following entry of the parties' stipulated Protective Order on November 3, 2010,

24  Defendants plan to begin production of documents  in response to Plaintiffs' discovery requests

25  by approximately Monday, November 8, 2010.

26    The discovery referred to above is, to a large extent, directed at the issues to be addressed

27  on the motion or motions for motion for summary judgment, i.e. Labor Code § 514 and the

28  Motor Carrier Act exemption.

1    Plaintiffs are in need of additional time for discovery on those issues in view of the

2    upcoming document production, which Plaintiffs wish to be completed before depositions on

3    those subjects, and Defendants are in accord on additional time.

4    In view of the additional time needed for discovery on those issues, it is appropriate that

5    Defendants' deadline to file its motion(s) for summary judgment on those issues should be

6    extended, as should the other deadlines in connection with the motion(s).

7    Further, to allow efficient and orderly management of the case, the parties believe there

8    should be sufficient time for additional discovery between any decision on the motion(s) for

9    summary judgment and Plaintiffs' motion for class certification, in large part because the

10   decision on summary judgment could greatly affect whether a motion for class certification will

11   be made and/or the extent and nature of the claims sought to be certified.  Thus, the deadlines

12   regarding the motion for class certification should be extended to allow the parties to conduct

13   any necessary further discovery on certification issues, following a decision on  the motion(s) for

14   summary judgment.

15   The parties presently believe extension of these deadlines and hearing dates as listed

16   below is necessary and appropriate and will not prejudice either party.

17   WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the

18   Scheduling Order (Docket Non. 33) be modified to reflect the deadlines listed below, or to set

19   forth dates chosen by the Court:

20       1.  Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: March 1,

21            2011;

22       2.  Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code §

23            514 and Motor Carrier Act exemptions: March 18, 2011;

24       3.  Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion: April

25            8, 2011;

26       4.  Deadline for reply on Defendants' motion(s) and opposition to cross-motion: April

27            15, 2011;

28       5.  Hearing on above motion(s): May 6, 2011, 9:00 a.m.;

6.  Deadline for Plaintiffs to file motion for class certification: August 12, 2011;

7.  Deadline for Defendants to file opposition to motion for class certification:
    September 30, 2011;

8.  Deadline for Plaintiffs to file reply on motion for class certification: November 18,
    2011;

9.  Hearing on motion for class certification: December 9, 2011, 9:00 a.m.

SO STIPULATED.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED:  November 5, 2010                    MAYER BROWN LLP
                                            JOHN NADOLENCO
                                            JEROME JAUFFRET
                                            KRISTEN ROWSE


                                            By:  /s/ John Nadolenco
                                                    John Nadolenco
                                            Attorneys for Defendants
                                            SARA LEE CORPORATION, SARA LEE
                                            BAKERY GROUP and EARTHGRAINS
                                            BAKING COMPANIES, INC.


DATED:  November 5, 2010                    SPIRO MOSS LLP


                                            By:  /s/ Ira Spiro
                                                    Ira Spiro
                                            Attorneys for Plaintiffs


## [PROPOSED] ORDER

SO ORDERED as stated in paragraphs 1 through 9 above.
Additionally, the Case Management Conference is CONTINUED from October 28, 2011 to January 20, 2012; a Joint Case Management Statement shall be filed by January 13, 2012.

DATED: November 12, 2010

                                            MAXINE M. CHESNEY
                                            United States District Judge