IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CATHCART, et al., | No. C 09-5748 MMC |
| Plaintiffs, | |
| v. | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL** |
| SARA LEE CORPORATION, et al., | |
| Defendants. | |

    Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion (1) to Compel Further Responses to Plaintiffs' Requests for Production (2) for Production of Documents [and] (3) for Attorney's Fees and Costs," filed January 28, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The March 4, 2011 hearing before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: January 31, 2011

MAXINE M. CHESNEY
United States District Judge