MAYER BROWN LLP
JOHN NADOLENCO (CA SBN 181128)
jnadolenco@mayerbrown.com
JEROME JAUFFRET (CA SBN 159135)
jjauffret@mayerbrown.com
KRISTEN ROWSE (CA SBN 235294)
krowse@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE BAKERY GROUP and EARTHGRAINS BAKING COMPANIES, INC.

SPIRO MOSS LLP
Ira Spiro (CA SBN 67641)
Ira@spiromoss.com
Rami A. Yomtov (CA SBN 263774)
Rami@spiromoss.com
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064
Telephone: 310-235-2468
Facsimile:  310-235-2456

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**CLASS ACTION AND FLSA COLLECTIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE**<br><br>The Honorable Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE
CASE NO. CV 09-5748 MMC

1  All parties to this action enter into the following stipulation based on the following facts:

2  The parties previously agreed to participate in Mediation pursuant to ADR L.R. 6.

3  The current Mediation Completion Deadline of March 18, 2011, was set by this Court's Scheduling Order (Dkt. No. 33) of May 14, 2010.

4  The parties have been meeting and conferring to resolve discovery disputes. As a result, the discovery and motion deadlines in this case have previously been continued by stipulated order on October 7, 2010 (Dkt. No. 35) and November 12, 2010 (Dkt. No. 44).

5  On March 3, 2011, counsel met in person and conferred on a number of discovery disputes. On March 8, 2011, defendants sent to plaintiffs a draft stipulation intended to set forth the agreements made during the meeting and conferring of March 3, 2011.

6  The parties are determined to engage in a productive mediation session in an effort to resolve this matter without the need for further, protracted litigation.

7  In order to do so, the parties require additional time to complete the discovery about which they met and conferred.

8  The parties believe an extension of the Mediation Completion Deadline is necessary and appropriate, and will cause no prejudice.

9  Therefore, THE PARTIES HEREBY STIPULATE and request that the Court order the Scheduling Order (Dkt. No. 33) modified to state that the Mediation Completion Deadline is extended to June 30, 2011, or such other date as the Court deems appropriate.

SO STIPULATED.

In compliance with General Order No. 45 (X), as filing party, Plaintiffs attest that all signatories below concur in the filing of this document.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 11, 2011 | MAYER BROWN LLP<br>JOHN NADOLENCO<br>JEROME JAUFFRET<br>KRISTEN ROWSE |

By:  /s/ Kristen Rowse
          Kristen Rowse
Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE
BAKERY GROUP and EARTHGRAINS
BAKING COMPANIES, INC.

DATED: March 11, 2011                           SPIRO MOSS LLP


By:  /s/ Ira Spiro
          Ira Spiro
Attorneys for Plaintiffs


## [PROPOSED] ORDER

Good cause appearing, the Scheduling Order is Modified such that the Mediation Completion Date is changed to _____June 30_____, 2011.

DATED: March 15, 2011

_____
MAXINE M. CHESNEY
United States District Judge