1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2   jnadolenco@mayerbrown.com
    JEROME JAUFFRET (SBN 159135)
3   jjauffret@mayerbrown.com
    KRISTEN ROWSE (SBN 235294)
4   krowse@mayerbrown.com
    350 South Grand Avenue
5   25th Floor
    Los Angeles, CA  90071-1503
6   Telephone: (213) 229-9500
    Facsimile:  (213) 625-0248
7
    Attorneys for Defendants
8   SARA LEE CORPORATION, SARA LEE
    BAKERY GROUP and EARTHGRAINS
9   BAKING COMPANIES, INC.

10  SPIRO MOSS LLP
    Ira Spiro (SBN 67641)
11  Ira@spiromoss.com
    11377 W. Olympic Blvd 5th Floor
12  Los Angeles, CA 90064
    Telephone: 310-235-2468
13  Facsimile:  310-235-2456

14  Attorneys for Plaintiffs

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19  DAVID M. CATHCART, JAMES H.           Case No. CV 09-5748 MMC
    WHITEHEAD, ROBERT W. DECKER, DALE
20  BALDISSERI, individually, and on behalf of all   STIPULATION FOR LEAVE TO
    others similarly situated,              MODIFY THE SCHEDULING ORDER
21                                          TO EXTEND MOTION DATES
                    Plaintiff,
22                                          [PROPOSED] ORDER  THEREON
          v.
23                                          The Honorable Maxine M. Chesney
    SARA LEE CORPORATION, SARA LEE
24  BAKERY GROUP, EARTHGRAINS BAKING
    COMPANIES, INC. (formerly sued as DOE 1)   Complaint filed: December 8, 2009
25  and DOES 2 through 20,

26                  Defendants.

27

28

    ──────────────────────────────────────────
    STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND MOTION DATES
                                      CASE NO. CV 09-5748 MMC
    700023657

1    The parties stipulate as set forth in the numbered paragraphs below, based on the

2  following facts:

3    The Scheduling Order (Dkt. No. 33) set original deadlines in this matter.  The case

4  deadlines have previously been continued by stipulated order on October 7, 2010 (Docket 35),

5  November 12, 2010 (Dkt. No. 44), and February 22, 2011 (Dkt. No. 52).  The current deadlines

6  are as follows:

7        1.  Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: June 1,

8            2011;

9        2.  Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code §

10           514 and Motor Carrier Act exemptions: June 17, 2011;

11       3.  Hearing on above motion(s): August 5, 2011, 9:00 a.m.;

12       4.  Deadline for Plaintiffs to file motion for class certification: November 18, 2011;

13       5.  Deadline for Defendants to file opposition to motion for class certification: January 6,

14           2012;

15       6.  Deadline for Plaintiffs to file reply on motion for class certification: February 24,

16           2012;

17       7.  Hearing on motion for class certification: March 16, 2012, 9:00 a.m.;

18       8.  Case Management Conference: April 27, 2012.

19       The parties have continued to pursue discovery, including meeting and conferring on

20  additional responses by Defendants.  As part of their first set of discovery, Plaintiffs requested

21  the names and contact information for all members of the putative class.  Defendants objected to

22  producing this information at this stage of the litigation, as it would be unduly burdensome to do

23  so and Defendants' initial motion for summary judgment will be brought against the named

24  Plaintiffs only.  Accordingly, the parties have agreed to postpone discovery on this issue until

25  after the Court hears Defendants' motion for summary judgment on the Labor Code § 514 and

26  Motor Carrier Act exemptions, provided that Plaintiffs are allowed additional time to conduct

27  discovery between identification of putative class members and the deadline to file Plaintiffs'

28  motion for class certification.

2

1      The parties presently believe extension of these deadlines and hearing dates as listed

2  below is necessary and appropriate and will not prejudice either party.

3      WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the

4  Scheduling Order (Docket Non. 33) be modified to reflect the deadlines listed below, or to set

5  forth dates chosen by the Court:

6      1.  Deadline for Plaintiffs to file motion for class certification: February 3, 2012;

7      2.  Deadline for Defendants to file opposition to motion for class certification: March 23,

8          2012;

9      3.  Deadline for Plaintiffs to file reply on motion for class certification: May 11, 2012;

10     4.  Hearing on motion for class certification: June 1, 2012, 9:00 a.m.;

11     5.  Case Management Conference: July 13, 2012.

12  SO STIPULATED.

13     In compliance with General Order No. 45 (X), as filing party, Defendants attest that all

14  signatories below concur in the filing of this document.

15  DATED:  March 9, 2011                MAYER BROWN LLP
                                         JOHN NADOLENCO
16                                       JEROME JAUFFRET
                                         KRISTEN ROWSE
17
                                         BY:    /S/ JOHN NADOLENCO
18                                             John Nadolenco
                                         Attorneys for Defendants
19                                       SARA LEE CORPORATION, SARA LEE
                                         BAKERY GROUP and EARTHGRAINS
20                                       BAKING COMPANIES, INC.

21  DATED:  March 9, 2011                SPIRO MOSS LLP

22                                       BY:    /S/ IRA SPIRO
                                               Ira Spiro
23                                       Attorneys for Plaintiffs

24                          **[PROPOSED] ORDER**

25  SO ORDERED as stated in paragraphs 1 through 5 above.

26  DATED:  April 12, 2011

27                                       _____
                                         MAXINE M. CHESNEY
                                         United States District Judge

28

                                  3