MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JEROME JAUFFRET (SBN 159135)
jjauffret@mayerbrown.com
KRISTEN ROWSE (SBN 235294)
krowse@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE
BAKERY GROUP and EARTHGRAINS
BAKING COMPANIES, INC.

SPIRO MOSS LLP
Ira Spiro (SBN 67641)
Ira@spiromoss.com
11377 W. Olympic Blvd 5th Floor
Los Angeles, CA 90064
Telephone: 310-235-2468
Facsimile:  310-235-2456

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>  Defendants. | Case No. CV 09-5748 MMC<br><br>**STIPULATION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO EXTEND MOTION, DISCOVERY, AND MEDIATION DATES**<br><br>**[PROPOSED]** ORDER APPROVING STIPULATION IN PART<br>The Honorable Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DATES
CASE NO. CV 09-5748 MMC

700100712

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

The Scheduling Order (Dkt. No. 33) set original deadlines in this matter. The discovery and motion deadlines have previously been continued by stipulated order (see Docket Nos. 35, 44, 52, and 56). The deadline to complete mediation has also been continued by stipulated order (see Docket No. 54). The current deadlines are as follows:

A. Deadline for parties to complete mediation: June 30, 2011;

B. Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: June 1, 2011;

C. Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code § 514 and Motor Carrier Act exemptions: June 17, 2011;

D. Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion: July 8, 2011;

E. Deadline for reply on Defendants' motion(s) and opposition to cross-motion: July 15, 2011;

F. Hearing on above motion(s): August 5, 2011, 9:00 a.m.;

G. Deadline for Plaintiffs to file motion for class certification: February 3, 2012;

H. Deadline for Defendants to file opposition to motion for class certification: March 23, 2011;

I. Deadline for Plaintiffs to file reply on motion for class certification: May 11, 2012;

J. Hearing on motion for class certification: June 1, 2012, 9:00 a.m.

K. Case Management Conference: July 13, 2012.

The parties have continued to pursue discovery, including meeting and conferring on additional document production by Defendants and noticing the depositions of the named Plaintiffs and of Defendants under Federal Rule of Civil Procedure 30(b)(6).

Two weeks ago, Plaintiffs' counsel was required to take over as lead counsel in a class action jury trial to begin Monday, May 2, 2011, in Superior Court in Santa Clara County, because the former lead counsel, his partner, was in trial that would interfere with preparation of

2
STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DATES
CASE NO. CV 09-5748 MMC

1 the Santa Clara County trial, *Avidor v Sutter's Place*. In light of counsel's trial schedule, the
2 parties agree to an additional, short extension of discovery and motion deadlines. Further, the
3 parties believe it would be most efficient to conduct mediation in this case following a ruling on
4 the initial motion(s) for summary judgment, and therefore request a further continuance of the
5 mediation completion deadline accordingly.
6       The parties presently believe extension of these deadlines and hearing dates as listed
7 below is necessary and appropriate and will not prejudice either party.
8       WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the
9 Scheduling Order (Docket Non. 33) be modified to reflect the deadlines listed below, or to set
10 forth dates chosen by the Court:
11     1. Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: July 8,
12        2011;
13     2. Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code §
14        514 and Motor Carrier Act exemptions: July 22, 2011;
15     3. Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion:
16        August 12, 2011;
17     4. Deadline for reply on Defendants' motion(s) and opposition to cross-motion: August
18        19, 2011;
19     5. Hearing on above motion(s): September 9, 2011, 9:00 a.m.;
20     6. Deadline for parties to complete mediation: October 14, 2011;
21     7. Deadline for Plaintiffs to file motion for class certification: March 2, 2012;
22     8. Deadline for Defendants to file opposition to motion for class certification: April 20,
23        2012;
24     9. Deadline for Plaintiffs to file reply on motion for class certification: June 8, 2012;
25     10. Hearing on motion for class certification: June 29, 2012, 9:00 a.m.
26     11. Case Management Conference: August 10, 2012.
27 SO STIPULATED.
28 ///

1  In compliance with General Order No. 45 (X), as filing party, Defendants attest that all
2  signatories below concur in the filing of this document.

3  DATED: May 3, 2011                              MAYER BROWN LLP
                                                   JOHN NADOLENCO
4                                                  JEROME JAUFFRET
                                                   KRISTEN ROWSE
5

6
                                                   By: /s/ John Nadolenco
7                                                          John Nadolenco
                                                   Attorneys for Defendants
8                                                  SARA LEE CORPORATION, SARA LEE
                                                   BAKERY GROUP and EARTHGRAINS
9                                                  BAKING COMPANIES, INC.

10
   DATED: April 29, 2011                           SPIRO MOSS LLP
11

12
                                                   By: /s/ Ira Spiro
13                                                         Ira Spiro
                                                   Attorneys for Plaintiffs
14

15                        **[PROPOSED]** ORDER

16  SO ORDERED as stated in paragraphs 1 through 11 above, with the exception that the deadline
    for the parties to complete mediation is continued from June 30, 2011 to August 5, 2011.
17

18  DATED: May 13, 2011
                                                   _____
19                                                 MAXINE M. CHESNEY
                                                   United States District Judge

20

21

22

23

24

25

26

27

28