| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
| | JEROME JAUFFRET (SBN 159135) |
| 3 | jjauffret@mayerbrown.com |
| | KRISTEN ROWSE (SBN 235294) |
| 4 | krowse@mayerbrown.com |
| | 350 South Grand Avenue |
| 5 | 25th Floor |
| | Los Angeles, CA  90071-1503 |
| 6 | Telephone:  (213) 229-9500 |
| | Facsimile:   (213) 625-0248 |
| 7 | |
| | Attorneys for Defendants |
| 8 | SARA LEE CORPORATION, SARA LEE |
| | BAKERY GROUP and EARTHGRAINS |
| 9 | BAKING COMPANIES, INC. |
| 10 | SPIRO MOSS LLP |
| | Ira Spiro (SBN 67641) |
| 11 | Ira@spiromoss.com |
| | 11377 W. Olympic Blvd 5th Floor |
| 12 | Los Angeles, CA 90064 |
| | Telephone: 310-235-2468 |
| 13 | Facsimile:   310-235-2456 |
| 14 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**STIPULATION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO EXTEND MOTION, DISCOVERY, AND MEDIATION DATES**<br><br>**[PROPOSED] ORDER**<br><br>The Honorable Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DATES
CASE NO. CV 09-5748 MMC

700233130

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

The Scheduling Order (Dkt. No. 33) set original deadlines in this matter. The discovery and motion deadlines have previously been continued by stipulated order (see Docket Nos. 35, 44, 52, 56, and 58). The deadline to complete mediation has also been continued by stipulated order (see Docket Nos. 54 and 58). The current deadlines are as follows:

A. Deadline for parties to complete mediation: August 5, 2011;

B. Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: July 8, 2011;

C. Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code § 514 and Motor Carrier Act exemptions: July 22, 2011;

D. Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion: August 12, 2011;

E. Deadline for reply on Defendants' motion(s) and opposition to cross-motion: August 19, 2011;

F. Hearing on above motion(s): September 9, 2011, 9:00 a.m.;

G. Deadline for Plaintiffs to file motion for class certification: March 2, 2012;

H. Deadline for Defendants to file opposition to motion for class certification: April 20, 2012;

I. Deadline for Plaintiffs to file reply on motion for class certification: June 8, 2012;

J. Hearing on motion for class certification: June 29, 2012, 9:00 a.m.

K. Case Management Conference: August 10, 2012.

The parties most recently stipulated (in May 2011) to extend the discovery and motion deadlines in this matter due to a class action jury trial that Plaintiffs' counsel was required to take over on very short notice, three weeks before the start of trial. That trial has concluded, and the parties have met and conferred regarding rescheduling the depositions of the named Plaintiffs and of Defendants under Federal Rule of Civil Procedure 30(b)(6). The parties have scheduled these depositions for the week of July 25, 2011, the nearest dates available due to scheduling

conflicts of both parties and counsel.  To accommodate these depositions and the subsequent filing of Defendants' motion for summary judgment, the parties agree to an additional, short extension of discovery and motion deadlines.

Further, the parties believe it would be extremely helpful to have the benefit of the Court's ruling on the initial motion(s) for summary judgment (potentially affecting the scope of at least some of Plaintiffs' claims) before conducting mediation in this case.  Therefore, the parties respectfully request that the Court consider a further continuance of the mediation completion deadline to a date following the summary judgment hearing.

The parties presently believe extension of these deadlines and hearing dates as listed below is necessary and appropriate and will not prejudice either party.

WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the Scheduling Order (Docket Non. 33) be modified to reflect the deadlines listed below, or to set forth dates chosen by the Court:

1. Close of discovery on Labor Code § 514 and Motor Carrier Act exemptions: extended from July 8, 2011 to August 5, 2011;
2. Deadline for filing of Defendants' motion(s) for summary judgment on Labor Code § 514 and Motor Carrier Act exemptions: extended from July 22, 2011 to August 19, 2011;
3. Deadline for filing Plaintiffs' opposition to above motion(s) and cross-motion: extended from August 12, 2011 to September 9, 2011;
4. Deadline for reply on Defendants' motion(s) and opposition to cross-motion: extended from August 19, 2011 to September 16, 2011;
5. Hearing on above motion(s): continued from September 9, 2011 to October 7, 2011, 9:00 a.m.;
6. Deadline for parties to complete mediation: extended from August 5, 2011 (before hearing on motion for summary judgment) to October 28, 2011;
7. Deadline for Plaintiffs to file motion for class certification: extended from March 2, 2012 to March 23, 2012;

8. Deadline for Defendants to file opposition to motion for class certification: extended from April 20, 2012 to May 11, 2012;

9. Deadline for Plaintiffs to file reply on motion for class certification: extended from June 8, 2012 to June 29, 2012;

10. Hearing on motion for class certification: continued from June 29, 2012 to July 20, 2012, 9:00 a.m.

11. Case Management Conference: continued from August 10, 2012 to August 31, 2012.

SO STIPULATED.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED: June 30, 2011

MAYER BROWN LLP
JOHN NADOLENCO
JEROME JAUFFRET
KRISTEN ROWSE


By: /s/ John Nadolenco
    John Nadolenco
Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE BAKERY GROUP and EARTHGRAINS BAKING COMPANIES, INC.

DATED: June 30, 2011

SPIRO MOSS LLP


By: /s/ Ira Spiro
    Ira Spiro
Attorneys for Plaintiffs

## [PROPOSED] ORDER

SO ORDERED as stated in paragraphs 1 through 11 above.

DATED: July 19, 2011

_____
MAXINE M. CHESNEY
United States District Judge