| | |
|---|---|
| 1 | MAYER BROWN LLP<br>JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com<br>JEROME JAUFFRET (SBN 159135) |
| 3 | jjauffret@mayerbrown.com<br>KRISTEN ROWSE (SBN 235294) |
| 4 | krowse@mayerbrown.com<br>350 South Grand Avenue |
| 5 | 25th Floor<br>Los Angeles, CA 90071-1503 |
| 6 | Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248 |
| 7 | |
| 8 | Attorneys for Defendants<br>SARA LEE CORPORATION, SARA LEE |
| 9 | BAKERY GROUP and EARTHGRAINS<br>BAKING COMPANIES, INC. |
| 10 | SPIRO MOSS LLP |
| 11 | Ira Spiro (SBN 67641)<br>Ira@spiromoss.com |
| 12 | 11377 W. Olympic Blvd 5th Floor<br>Los Angeles, CA 90064 |
| 13 | Telephone: 310-235-2468<br>Facsimile: 310-235-2456 |
| 14 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**STIPULATION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO EXTEND HEARING DATE AND MEDIATION CUT-OFF**<br><br>[PROPOSED] ORDER<br><br>The Honorable Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DATES; CASE NO. CV 09-5748 MMC
700590247

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

    A. The Scheduling Order (Dkt. No. 33) set initial deadlines in this case. The Order scheduled, among other things, dates for briefing the parties' motions and cross-motions for summary judgment on two affirmative defenses.

    B. The parties have stipulated to extensions of those deadlines, most recently in order to set a deadline for Plaintiffs' to file a reply on their cross-motion for summary judgment, and to adjust the summary judgment hearing date and mediation cut-off accordingly (*see* Dkt. No. 63).

    C. However, conflicts for both parties have arisen with the current hearing and mediation dates. The parties therefore seek a stipulation to continue the hearing on the motions for partial summary judgment by one week to November 4, 2011. In addition, the parties believe a successful mediation depends on a ruling on the summary judgment motions. Thus, the parties also propose a brief, final continuation of the mediation cut-off deadline, from November 18 to December 21, 2011. The parties have agreed to hold the mediation on any of the following dates available for the mediator, pending the Court's approval of this stipulation: November 21, 22 or December 5, 9, 13, 14, 19 or 20, 2011.

    **D. The current deadlines are as follows:**

        a. Hearing on above motion and cross-motion:    October 28, 2011, 9:00 a.m.

        b. Deadline to complete mediation    November 18, 2011

    E. Note that the discovery and motion deadlines have previously been continued by stipulated order (see Docket Nos. 35, 44, 52, 56, 58, 60, and 63). The deadline to complete mediation has also been continued by stipulated order, to fall after the hearing on the parties' motions for summary judgment (see Docket Nos. 54, 58, 60, and 63).

    F. Note also that the deadline for Plaintiffs to file a motion for class certification is not until March 23, 2012. The hearing on the motion for class certification is scheduled

for July 20, 2012.  There is no trial date scheduled, but after the hearing on the motion for class certification, a Case Management Conference is scheduled for August 31, 2012.  This stipulation does not seek to move those dates.

WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the Scheduling Order (Docket No. 33) be modified to reflect the deadlines listed below:

1. Hearing on partial motions for summary judgment:

    Continue from October 28, 2011 to November 4, 2011.

2. Deadline to complete mediation:

    Continue from November 18, 2011 to December 21, 2011.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED:  September 21, 2011

MAYER BROWN LLP
JOHN NADOLENCO
JEROME JAUFFRET
KRISTEN ROWSE


BY:   /s/ John Nadolenco
      John Nadolenco
Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE BAKERY GROUP and EARTHGRAINS BAKING COMPANIES, INC.


DATED:  September 21, 2011

SPIRO MOSS LLP


BY:   /s/ Ira Spiro
Attorneys for Plaintiffs


**[PROPOSED]** ORDER

SO ORDERED as stated in paragraphs 1 and 2 above.


DATED:  September 23, 2011

_____
MAXINE M. CHESNEY
United States District Judge