MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JEROME JAUFFRET (SBN 159135)
jjauffret@mayerbrown.com
KRISTEN ROWSE (SBN 235294)
krowse@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
SARA LEE CORPORATION, SARA LEE
BAKERY GROUP and EARTHGRAINS
BAKING COMPANIES, INC.

SPIRO MOSS LLP
Ira Spiro (SBN 67641)
Ira@spiromoss.com
11377 W. Olympic Blvd 5th Floor
Los Angeles, CA 90064
Telephone: 310-235-2468
Facsimile: 310-235-2456

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**STIPULATION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO EXTEND HEARING DATE AND MEDIATION CUT-OFF**<br><br>**[PROPOSED] ORDER**<br><br>The Honorable Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

1   The parties stipulate as set forth in the numbered paragraphs below, based on the
2   following facts:
3      A. The Scheduling Order (Dkt. No. 33) set initial deadlines in this case.  The Order
4         scheduled, among other things, dates for briefing the parties' motions and cross-
5         motions for summary judgment on two affirmative defenses.
6      B. The parties have stipulated to extensions of those deadlines, most recently in order to
7         accommodate conflicts for both parties that had arisen with the then scheduled
8         hearing and mediation dates, and to adjust the summary judgment hearing date and
9         mediation cut-off accordingly (*see* Dkt. No. 67).
10     C. However, Jerome Jauffret, the attorney for defendants who is the primary drafter of
11        the moving and opposition papers for the motions for partial summary judgment, and
12        is responsible for arguing those motions, has just been diagnosed with a medical
13        condition (herniated disk) which is causing him constant severe pain in his right
14        shoulder, arm and hand, loss of sensation in part of his right hand, and temporary
15        inability to effectively use his right arm and hand even with the use of strong pain
16        medication (Vicodin), which would make travelling to San Francisco and attending
17        the hearing on November 4, 2011 extremely painful and difficult and is not
18        recommended by his physician.  Please also note that Mr. Jauffret is right handed.
19        Defendants therefore seek to continue the hearing on the motions for partial summary
20        judgment to December 2, 2011, and Plaintiffs concur.  This is earliest available date
21        for the parties because November 11, 2011 and November 25, 2011 are court
22        holidays, and Plaintiffs' counsel is not available on November 18, 2011 because of
23        hearings that date in Southern California in other class actions, one in the morning
24        and one in the afternoon.  In addition, the parties believe a successful mediation
25        depends on a ruling on the summary judgment motions.  Thus, Defendants propose a
26        continuation of the mediation cut-off deadline, from December 21, 2011 to January
27        31, 2012, and Plaintiffs concur.  The parties have agreed to hold the mediation on any
28  ///

of the following dates available for the mediator, pending the Court's approval of this stipulation: January 9, 12 or 13, 2012.

**D. The current deadlines are as follows:**

    a. Hearing on above motion and cross-motion:     November 4, 2011, 9:00 a.m.

    b. Deadline to complete mediation     December 21, 2011

E. Note that the discovery and motion deadlines have previously been continued by stipulated order (see Docket Nos. 35, 44, 52, 56, 58, 60, 63 and 67). The deadline to complete mediation has also been continued by stipulated order, to fall after the hearing on the parties' motions for summary judgment (see Docket Nos. 54, 58, 60, 63 and 67).

F. Note also that the deadline for Plaintiffs to file a motion for class certification is not until March 23, 2012. The hearing on the motion for class certification is scheduled for July 20, 2012. There is no trial date scheduled, but after the hearing on the motion for class certification, a Case Management Conference is scheduled for August 31, 2012. This stipulation does not seek to move those dates.

WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the Scheduling Order (Docket No. 33) be modified to reflect the deadlines listed below:

1. Hearing on partial motions for summary judgment:

    Continue from November 4, 2011 to December 2, 2011.

2. Deadline to complete mediation:

    Continue from December 21, 2011 to January 31, 2012.

///
///
///
///
///
///
///

1  In compliance with General Order No. 45 (X), as filing party, Defendants attest that all
2  signatories below concur in the filing of this document.

3  DATED: November 1, 2011                MAYER BROWN LLP
                                           JOHN NADOLENCO
4                                          JEROME JAUFFRET
                                           KRISTEN ROWSE
5

6                                          BY:   /s/ John Nadolenco
                                                 John Nadolenco
7                                          Attorneys for Defendants
                                           SARA LEE CORPORATION, SARA LEE
8                                          BAKERY GROUP and EARTHGRAINS
                                           BAKING COMPANIES, INC.
9

10 DATED: November 1, 2011                 SPIRO MOSS LLP

11

12                                         BY:   /s/ Ira Spiro
                                           Attorneys for Plaintiffs

13

14                              [~~PROPOSED~~] ORDER

15 SO ORDERED as stated in paragraphs 1 and 2 above.

16

17 DATED: November 2, 2011
                                           _____
18                                         MAXINE M. CHESNEY
                                           United States District Judge

4
STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DATES; CASE NO. CV 09-5748 MMC