IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CATHCART, et al., | No. C-09-5748 MMC |
| Plaintiffs, | **ORDER APPROVING IN PART STIPULATION FOR LEAVE TO MODIFY SCHEDULING ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR CLASS CERTIFICATION** |
| v. | |
| SARA LEE CORPORATION, et al., | |
| Defendants | |

Before the Court is the parties' "Stipulation for Leave to Modify the Scheduling Order to Continue Briefing Schedule and Hearing Date for Motion for Class Certification," filed November 4, 2011.  Having read and considered the stipulation, the Court rules as follows.

In their stipulation, the parties jointly request that the deadline for plaintiffs to file a motion for class certification be five months and three weeks after the December 2, 2011 hearing on the parties' motions for partial summary judgment, and that related deadlines and court appearances be similarly extended.

Good cause appearing, the parties' joint request is granted, and the stipulation is hereby APPROVED as follows:

1. The deadline for plaintiffs to file a motion for class certification is extended from

March 23, 2012 to May 25, 2012.[1]

2. The deadline for defendants to file opposition to the motion for class certification is extended from May 11, 2012 to July 13, 2012.

3. The deadline for plaintiffs to file a reply to defendants' opposition to the motion for class certification is extended from June 29, 2012 to August 31, 2012.

4. The hearing on the motion for class certification is extended from July 20, 2012 to September 21, 2012, at 9:00 a.m.

5. The Case Management Conference is extended from August 31, 2012 to November 2, 2012, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than October 26, 2012.

**IT IS SO ORDERED.**

Dated: November 8, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] The stipulation requests that the deadline to file a motion for class certification be extended to June 22, 2012.  That date, however, is six months and three weeks from December 2, 2011.

2