MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JEROME JAUFFRET (SBN 159135)
jjauffret@mayerbrown.com
KRISTEN ROWSE (SBN 235294)
krowse@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
SARA LEE CORPORATION and
SARA LEE BAKERY GROUP and
EARTHGRAINS BAKING
COMPANIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**[PROPOSED] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS SARA LEE BAKERY GROUP AND EARTHGRAINS BAKING COMPANIES, INC.**<br><br>Location:   Courtroom 7, 19th Floor<br>Judge:       Hon. Maxine M. Chesney<br><br>Complaint filed: December 8, 2009 |

# ORDER

Please take notice that Defendants Sara Lee Bakery Group and Earthgrains Baking Companies, Inc. substitute their counsel and attorney of record in this matter.

<u>Former Attorney</u>

The following counsel is no longer counsel for Sara Lee Bakery Group or Earthgrains Baking Companies, Inc. in this matter:

John Nadolenco, jnadolenco@mayerbrown.com

Jerome Jauffret, jjauffret@mayerbrown.com

Kristen Rowse, krowse@mayerbrown.com

Mayer Brown LLP

350 South Grand Avenue, 25th Floor

Los Angeles, CA  90071-1503

Telephone:  (213) 229-9500;  Facsimile:  (213) 625-0248

<u>New Attorney</u>

New counsel in this matter for Sara Lee Bakery Group and Earthgrains Baking Companies, Inc. and the new attorney of record on whom all notices and papers may be served is:

John Battenfeld, jbattenfeld@morganlewis.com

Morgan, Lewis & Bockius LLP

300 South Grand Ave., 22nd Fl.

Los Angeles, CA 90071-3132

Telephone:  (213) 612-1018;  Facsimile:  (213) 612-2501

IT IS SO ORDERED.

DATED:   December 23, 2011

_____
MAXINE M. CHESNEY
United States District Judge