1   MORGAN, LEWIS & BOCKIUS LLP
    JOHN S. BATTENFELD, (SBN 119513)
2   JBATTENFELD@MORGANLEWIS.COM
    300 SOUTH GRAND AVENUE
3   TWENTY-SECOND FLOOR
    LOS ANGELES, CA  90071-3132
4   TEL:  213.612.2500
    FAX:  213.712.2501
5
6   Attorneys for Defendants

7
    SPIRO MOSS LLP
8   IRA SPIRO (SBN 67641)
    IRA@SPIROMOSS.COM
9   11377 W. OLYMPIC BLVD., 5TH FLOOR
    LOS ANGELES, CA  90064
10  TEL:   310.235.2468
    FAX:  310.235.2456
11
    Attorneys for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15
    DAVID M. CATHCART, JAMES H.              Case No. CV 09-5748 MMC
16  WHITEHEAD, ROBERT W. DECKER, DALE
    BALDISSERI, individually, and on behalf of all   **STIPULATION FOR LEAVE TO**
17  others similarly situated,                **MODIFY THE SCHEDULING ORDER**
                                              **TO CONTINUE MEDIATION**
18                    Plaintiff,              **DEADLINE, BRIEFING SCHEDULE,**
                                              **AND DATE FOR CLASS**
19         v.                                 **CERTIFICATION HEARING AND**
                                              **STATUS CONFERENCE**
20  SARA LEE CORPORATION, SARA LEE
    BAKERY GROUP, EARTHGRAINS BAKING          **[PROPOSED] ORDER**
21  COMPANIES, INC. (formerly sued as DOE 1)
    and DOES 2 through 20,                    The Honorable Maxine M. Chesney
22
                      Defendants.
23

24

25         The parties stipulate as set forth in the numbered paragraphs below, based on the

26  following facts:

27         A.  The Scheduling Order (Dkt. #33) set forth initial deadlines in this case.  The Order

28             scheduled, among other things, dates for briefing the parties' initial motions and

1     cross-motions for partial summary judgment, a date for the hearing on the partial

2     summary judgment motions, dates for briefing class certification, and dates for the

3     hearing on class certification and a status conference.

4    B.  Since then, pursuant to stipulated orders, those dates and others have been continued,

5     to accommodate document production by Defendants, counsel for Plaintiffs' class

6     action jury trial in another case, and other matters.  (Dkt. #52, 56, 58, 60, 68, 77, 79.)

7     The parties have actively engaged in discovery, including the exchange of more than

8     100 written discovery requests, the production of thousands of pages of documents,

9     and several depositions.

10    C.  Based on recent developments described below, the parties now jointly request an

11     additional extension, approximately 60 days, of the deadline for mediation and the

12     other deadlines in the amended scheduling order.

13    D.  Defendants report that on November 5, 2011, Grupo Bimbo S.A.B. de C.V. and its

14     US subsidiary BBU, Inc. ("BBU") completed the acquisition of the Sara Lee U.S.

15     fresh baking business, including the stock of Defendants Sara Lee Bakery Group and

16     Earthgrains Baking Companies, Inc.  Counsel for BBU has elected to replace

17     Defendants' counsel with John Battenfeld and Michael Puma of Morgan, Lewis &

18     Bockius LLP, which was communicated to Defendants' prior counsel on December 7,

19     2011.  Defendants' prior counsel filed a Substitution of Counsel on December 19,

20     2011, confirming the replacement.

21    E.  As a result of the sale of the Sara Lee U.S. fresh baking business and the related

22     transition to the undersigned counsel, as well as Defendants' collection of additional

23     data and information to share with Plaintiffs for settlement purposes in advance of the

24     mediation, the parties believe that additional time is required before they will be

25     prepared to have the best chance of success at a mediation, which currently is

26     scheduled for January 9, 2011.  By the terms of the current Scheduling Order,

27     mediation must be completed by January 31, 2011.

28    F.  Also supporting the parties' joint request for extension of the applicable deadlines is

2

Plaintiffs' counsel's agreement with Defendants' new counsel to replace the planned panel mediator with a new mediator, Jeff Krivis, who is one of the most active and experienced mediators in California in the field of wage and hour class and collective actions.  However, Mr. Krivis does not have any dates available that also would work for the parties until the second half of March 2012.

G.   Under the current briefing and hearing schedule for class certification, with a mediation postponed until March 2012, the parties would have to pursue remaining discovery during the period preceding the mediation and thus would incur substantial additional fees and costs that could be an impediment to a resolution at the mediation.

H.   The current deadlines are as follows (per Dkt. #79):

1.   Deadline to complete mediation:  January 31, 2012.

2.   Deadline for Plaintiffs to file motion for class certification:  May 25, 2012.

3.   Deadline for Defendants to file opposition to motion for class certification:  July 13, 2012.

4.   Deadline for Plaintiffs to file reply in further support of motion for class certification:  August 31, 2012.

5.   Hearing on motion for class certification:  September 21, 2012, at 9:00 a.m.

6.   Joint Case Management Conference Statement due: October 26, 2011.

7.   Case Management Conference:  November 2, 2012, at 10:30 a.m.

WHEREFORE, THE PARTIES STIPULATE and request that the Court order that the Scheduling Order (Dkt. #33) be modified to reflect the deadlines listed below, which retain approximately the same intervals as presently exist between the successive dates:

1.   Deadline to complete mediation:  extended from January 31, 2012 to March 31, 2012.

2.   Deadline for Plaintiffs to file motion for class certification:  extended from May 25, 2012 to July 27, 2012.

3.   Deadline for Defendants to file opposition to motion for class certification:  extended from July 13, 2012 to September 14, 2012.

1  4. Deadline for Plaintiffs to file reply in further support of motion for class certification:

2    extended from August 31, 2012 to November 2, 2012.

3  5. Hearing on motion for class certification:  continued from September 21, 2012 to

4    November 30, 2012, at 9:00 a.m.

5  6. Joint Case Management Conference Statement due date: continued from October 26,

6    2011 to December 14, 2012

7  7. Case Management Conference:  continued from November 2, 2012 to December 21,

8    2012, at 10:30 a.m.

9  In compliance with General Order No. 45 (X), as filing party, Defendants attest that all

10 signatories below concur in the filing of this document.

11 DATED:  December 21, 2011     MORGAN, LEWIS & BOCKIUS LLP

12              BY: /s/ John Battenfeld

13               John Battenfeld
               Attorneys for Defendants

14 DATED:  December 21, 2011     SPIRO MOSS LLP

15              BY: /s/ Ira Spiro
               Attorneys for Plaintiffs

16

17

18          **[PROPOSED] ORDER**

19 SO ORDERED as stated in paragraphs 1 through 7 above.

20

21 DATED:  December 23, 2011

              MAXINE M. CHESNEY
22            United States District Judge

23

24

25

26

27

28

4