1  MORGAN, LEWIS & BOCKIUS LLP
2  JOHN BATTENFELD, STATE BAR NO. 119513
   300 South Grand Avenue, 22nd Fl.
3  Los Angeles, CA 90071-3132
   Telephone: 213.612.1018; Facsimile: 213.612.2501
   E-mail: jbattenfeld@morganlewis.com
4
   MORGAN, LEWIS & BOCKIUS LLP
5  MICHAEL J. PUMA (*Pro Hac Vice Application Pending*)
   1701 Market Street,
6  Philadelphia, PA 19103
   Telephone: 215.963.5000; Facsimile: 215.963.5001
7  Email: mpuma@morganlewis.com

8  Counsel for Defendants, Sara Lee Bakery Group and Earthgrains Baking Companies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

MICHAEL J. PUMA, whose business address and telephone number are Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, (215) 963-5000 and who is an active member in good standing of the bars of Pennsylvania and New York and is admitted to practice before the highest courts of those States, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SARA LEE BAKERY GROUP and EARTHGRAINS BAKING COMPANIES, INC.

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application
4 will constitute notice to the party. All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

9 Dated: January 3, 2012

Maxine M. Chesney
United States District Judge