| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOHN S. BATTENFELD, (SBN 119513)<br>JBATTENFELD@MORGANLEWIS.COM |
| 3 | 300 SOUTH GRAND AVENUE<br>TWENTY-SECOND FLOOR |
| 4 | LOS ANGELES, CA  90071-3132<br>TEL:   213.612.2500 |
| 5 | FAX:  213.712.2501A<br>Attorneys for Defendants Sara Lee Bakery |
| 6 | Group and Earthgrains Baking Companies, Inc. |
| 7 | MAYER BROWN LLP<br>JOHN NADOLENCO (SBN 181128) |
| 8 | jnadolenco@mayerbrown.com<br>350 South Grand Avenue, 25th Floor |
| 9 | Los Angeles, CA  90071-1503<br>Telephone: (213) 229-9500 |
| 10 | Facsimile:  (213) 625-0248<br>Attorneys for Defendants Sara Lee Corp. |
| 11 | |
| 12 | SPIRO MOSS LLP<br>IRA SPIRO (SBN 67641) |
| 13 | IRA@SPIROMOSS.COM<br>11377 W. OLYMPIC BLVD., 5TH FLOOR |
| 14 | LOS ANGELES, CA  90064<br>TEL:   310.235.2468 |
| 15 | FAX:  310.235.2456<br>Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>            Defendants. | Case No. CV 09-5748 MMC<br><br>**STIPULATION TO REMOVE CASE FROM COURT'S ADR PROGRAM, REFER TO PRIVATE ADR**<br><br>[PROPOSED] **ORDER**<br><br>The Honorable Maxine M. Chesney |

STIPN. RE ADR: CASE CV 09-5748 MMC

The parties stipulate as set forth in the numbered paragraph below, based on the following facts:

    A.  The Parties have agreed to private mediation before mediator Jeffrey Krivis. It is schedule for March 22, 2012 in San Francisco.

    B.  On January 5, 2012, at the request of an administrator with the Court's ADR program, the parties had a telephone conference with the administrator. He explained that because of the private mediation, the mediation program needs a stipulation and an order from the Court that the case be removed from the Court's ADR program and referred to private mediation.

//

WHEREFORE, THE PARTIES STIPULATE and request as follows:

    1.  That the Court order that this case be removed from the Court's ADR program and referred to private mediation.

DATED: January 17, 2012     MORGAN, LEWIS & BOCKIUS LLP

BY:  /s/ John Battenfeld
John Battenfeld
Attorneys for Defendants Sara Lee Bakery
Group and Earthgrains Baking Companies, Inc.

DATED: January 17, 2012     MAYER BROWN LLP
JOHN NADOLENCO

BY:  /s/ John Nadolenco
Attorneys for Defendant Sara Lee Corporation

DATED: January 17, 2012     SPIRO MOSS LLP

BY:  /s/ Ira Spiro
Attorneys for Plaintiffs

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that this case is removed from the Court's ADR program and referred to private mediation.

DATED: January 19, 2012

MAXINE M. CHESNEY
United States District Judge