MORGAN, LEWIS & BOCKIUS LLP
JOHN BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA 90071-3132
Tel: 213-612-1018
Fax: 213-612-2501
Email: jbattenfeld@morganlewis.com

MICHAEL J. PUMA (Admitted *Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000
Fax: 215-963-5001
E-mail: mpuma@morganlewis.com

Counsel for Defendants, Sara Lee Bakery Group and
Earthgrains Baking Companies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL OF COUNSEL FOR DEFENDANT SARA LEE CORPORATION**<br><br>JUDGE:     Hon. Maxine M. Chesney<br><br>Complaint filed: December 08, 2009 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/ 69433047.1

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Sara Lee Corporation hereby substitutes John Battenfeld and Michael J. Puma of Morgan, Lewis & Bockius LLP as counsel of record, in place of John Nadolenco, Jerome Jauffret, and Kristen Rowse of Mayer Brown LLP and Danielle Ochs-Tillotson of Ogletree, Deakins, Nash Smoak & Stewart, P.C. Ogletree has not represented any defendants in this matter since the outset of the case, and Mayer Brown is longer representing Sara Lee Corporation in this matter. Kindly direct all future communications to Mr. Battenfeld and Mr. Puma.

Dated: March 30, 2012                      SARA LEE CORPORATION


                                           By:  /s/ Valarie Bomar
                                                Valarie Bomar
                                           Corporate Counsel
                                           SARA LEE CORPORATION

Dated: March 30, 2012                      MORGAN, LEWIS & BOCKIUS LLP

                                           By:  /s/ Michael J. Puma
                                                John S. Battenfeld
                                                Michael J. Puma
                                           Attorneys for Defendants
                                           SARA LEE BAKERY GROUP and
                                           EARTHGRAINS BAKING COMPANIES,
                                           INC.

Dated: March 30, 2012                      MAYER BROWN LLP

                                           By:  /s/ John Nadolenco
                                                John Nadolenco
                                                Jerome Jauffret
                                                Kristen Rowse
                                           Attorneys for Defendant
                                           SARA LEE CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/ 69433047.1

2                  NOTICE OF SUBSTITUTION OF COUNSEL
                   CASE NO. CV 09-5748 MMC

1  Dated:  March 30, 2012                              OGLETREE, DEAKINS, NASH, SMOAK
                                                       & STEWART, P.C.
2
                                                       By:   /s/ Danielle Ochs-Tillotson
3                                                            Danielle Ochs-Tillotson
                                                       Attorneys for Defendant
4                                                      SARA LEE CORPORATION

5
*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, the filer hereby attests that
6  the signatories' concurrence in the filing of this document has been obtained.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/ 69433047.1                              3       NOTICE OF SUBSTITUTION OF COUNSEL
                                                     CASE NO. CV 09-5748 MMC