1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN BATTENFELD (SBN 119513)
2  300 South Grand Avenue, 22nd Fl.
   Los Angeles, CA 90071-3132
3  Tel:  213-612-1018
   Fax:  213-612-2501
4  Email: jbattenfeld@morganlewis.com

5  MICHAEL J. PUMA (Admitted *Pro Hac Vice*)
   1701 Market Street
6  Philadelphia, PA 19103
   Tel:  215-963-5000
7  Fax:  215-963-5001
   E-mail:  mpuma@morganlewis.com

Counsel for Defendants, Sara Lee Bakery Group and
Earthgrains Baking Companies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL OF COUNSEL FOR DEFENDANT SARA LEE CORPORATION<br><br>JUDGE:    Hon. Maxine M. Chesney<br><br>Complaint filed:  December 08, 2009 |

## ORDER

Please take notice that Defendant Sara Lee Corporation substitutes its counsel and attorneys of record in this matter.

Former Attorney

The following counsel is no longer counsel for Sara Lee Corporation in this matter:

John Nadolenco, jnadolenco@mayerbrown.com
Jerome Jauffret, jjauffret@mayerbrown.com
Kristen Rose, krose@mayerbrown.com

Mayer Brown, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500; Facsimile: (213) 625-0248

Danielle Ochs-Tillotson, dot@ogletreedeakins.com
Steurart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810; Facsimile: (415) 442-4870

New Attorney

New counsel in this matter for Sara Lee Corporation and the new attorneys of record on whom all notices and papers may be served are:

John S. Battenfeld, jbattenfeld@morganlewis.com
Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Fl.
Los Angeles, CA 90071-3132
Telephone: (213) 612-1018; Facsimile: (213) 612-2501

Michael J. Puma (Admitted *Pro Hac Vice*), mpuma@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000; Facsimile: (215) 963-5001

IT IS SO ORDERED.

DATED: April 10, 2012

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING NOTICE OF SUBSTITUTION
CASE NO. CV 09-5748 MCC