MORGAN, LEWIS & BOCKIUS LLP
JOHN BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA 90071-3132
Tel:  213-612-1018
Fax:  213-612-2501
Email: jbattenfeld@morganlewis.com

MICHAEL J. PUMA (Admitted *Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103
Tel:  215-963-5000
Fax:  215-963-5001
E-mail:  mpuma@morganlewis.com

Counsel for Defendants, Sara Lee Bakery Group and
Earthgrains Baking Companies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL OF COUNSEL FOR DEFENDANT SARA LEE CORPORATION<br><br>JUDGE:         Hon. Maxine M. Chesney<br><br>Complaint filed:  December 08, 2009 |

## ORDER

Please take notice that Defendant Sara Lee Corporation substitutes its counsel and attorneys of record in this matter.

<u>Former Attorney</u>

The following counsel is no longer counsel for Sara Lee Corporation in this matter:

John Nadolenco, jnadolenco@mayerbrown.com
Jerome Jauffret, jjauffret@mayerbrown.com
Kristen Rose, krose@mayerbrown.com

|   |   |
|---|---|
| 1 | Mayer Brown, LLP |
| 2 | 350 South Grand Avenue, 25th Floor |
|   | Los Angeles, CA 90071-1503 |
| 3 | Telephone: (213) 229-9500; Facsimile: (213) 625-0248 |

Danielle Ochs-Tillotson, dot@ogletreedeakins.com

Steurart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810; Facsimile: (415) 442-4870

<u>New Attorney</u>

New counsel in this matter for Sara Lee Corporation and the new attorneys of record on whom all notices and papers may be served are:

John S. Battenfeld, jbattenfeld@morganlewis.com
Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Fl.
Los Angeles, CA 90071-3132
Telephone: (213) 612-1018; Facsimile: (213) 612-2501

Michael J. Puma (Admitted *Pro Hac Vice*), mpuma@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000; Facsimile: (215) 963-5001

IT IS SO ORDERED.

DATED: April 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING NOTICE OF SUBSTITUTION
CASE NO. CV 09-5748 MCC