MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel: 213.612.1018
Fax: 213.612.2501
email:  jbattenfeld@morganlewis.com

MICHAEL J. PUMA (Admitted *pro hac vice*)
JUSTIN S. BROOKS (Admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel: 215-963-5000
Fax: 215-963-5001
E-mail:  mpuma@morganlewis.com
E-mail:  justin.brooks@morganlewis.com

Counsel for Defendants Sara Lee Corporation, Sara Lee Bakery Group and Earthgrains Baking Companies, Inc.

Attorneys for Defendant

SPIRO MOORE LLP
IRA SPIRO (SBN 67641)
JENNIFER CONNOR (SBN 241480)
11377 W. Olympic Boulevard, Fifth Fl.
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail:  ira@spiromoore.com
E-mail:  jennifer@spiromoore.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. C 09-5748 MMC<br><br>**STIPULATION AS TO DEFENDANTS' ENTITLEMENT TO SUMMARY JUDGMENT ON PLAINTIFFS' MEAL BREAK CLAIMS BEGINNING JANUARY 1, 2011**<br><br>[~~PROPOSED~~] **ORDER**<br><br>The Honorable Maxine M. Chesney |

Plaintiffs David Cathcart, Dale Baldisseri, James Whitehead, and Robert Decker (below "Plaintiffs") and Defendants Sara Lee Corporation, Sara Lee Bakery Group and Earthgrains Baking Companies, Inc. (below "Defendants") hereby stipulate as follows:

1. The State of California enacted a meal period exemption, Cal. Lab. Code § 512(e), pertaining to collective bargaining agreements, effective January 1, 2011.

2. This exemption bars Plaintiffs from recovery of penalties or other relief arising from their meal period cause of action (Count 2) for meal period violations that allegedly occurred on and since January 1, 2011 to the present, and hereafter unless hereafter California law or Plaintiffs' collective bargaining agreement is changed with respect to said exemption.

3. Plaintiffs expressly reserve all rights and claims with respect to Plaintiffs' meal period cause of action (Count 2), and all relief requested in whole or in part on Plaintiffs' meal period cause of action, for meal period violations that allegedly occurred prior to January 1, 2011.

4. Defendants expressly reserve all rights and defenses with respect to Plaintiffs' meal period cause of action (Count 2), and all relief premised in whole or in part on Plaintiffs' meal period cause of action, for meal period violations that allegedly occurred prior to January 1, 2011.

WHEREFORE, THE PARTIES STIPULATE and request that the Court enter partial summary judgment in favor of Defendants, against Plaintiffs Cathcart, Baldisseri, Whitehead, and Decker only, but not against any unnamed or absent class members or putative class members, for meal period violations that allegedly occurred beginning on and including January 1, 2011 until the date the Court enters this Order, with respect to (1) Plaintiffs' meal period of cause of action (Count 2); and (2) Plaintiffs' causes of action for penalties and other relief sought by Counts 1, 3 and 5 to the extent that such penalties/relief are premised on the meal period cause of action for meal period violations that allegedly occurred beginning on and including January 1, 2011 until

the date the Court enters this Order, except to the extent, if any, that after May 10, 2012 and before the date the Court enters this Order, Lab. Code § 512 is amended so as to eliminate or modify said exemption. Each party to bear its own attorneys' fees and costs as it pertains to entry of this stipulated partial summary judgment.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED: May 10, 2012                           MORGAN, LEWIS & BOCKIUS LLP

                                              BY: /s/ Justin S. Brooks
                                                  Justin S. Brooks

                                              Attorneys for Defendants

DATED: May 10, 2012                           SPIRO MOORE LLP

                                              BY: /s/ Ira Spiro
                                                  Ira Spiro

                                              Attorneys for Plaintiffs

[PROPOSED] ORDER

SO ORDERED.

Dated: May 11, 2012

                                              _____
                                              MAXINE M. CHESNEY
                                              United States District Judge