MORGAN, LEWIS & BOCKIUS LLP
JOHN BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA 90071-3132
Tel: 213-612-1018
Fax: 213-612-2501
Email: jbattenfeld@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
JUSTIN S. BROOKS (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000
Fax: 215-963-5001
E-mail: mpuma@morganlewis.com
E-mail: justin.brooks@morganlewis.com

Counsel for Defendants
SARA LEE CORPORATION, SARA
LEE BAKERY GROUP and
EARTHGRAINS BAKING COMPANIES,
INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE HEARING ON COLLECTIVE CERTIFICATION AND SET BRIEFING SCHEDULE |

The Court has received Defendants' Sara Lee Corporation, Sara Lee Bakery Group, and Earthgrains Baking Companies, Inc.'s ("Defendants") motion to reschedule the hearing on collective certification under the Fair Labor Standards Act ("FLSA"), currently noticed for June 22, 2012. The Court, having considered the Motion and exhibits thereto, ~~the papers filed in in opposition~~ plaintiffs' conditional non-opposition to the Motion, and the pleadings and files in this action, finds good cause to grant Defendants' request. The Court accordingly **GRANTS** Defendants' Motion and adopts the proposed briefing schedule set forth therein.

The briefing schedule on Plaintiffs' motion for conditional collective certification is amended as follows:

1. Deadline for Defendants to file an opposition to Plaintiffs' motion for collective certification is extended from May 29, 2012 to July 5, 2012.

2. Deadline for Plaintiffs to file a reply in further support of motion for class certification is extended from June 5 to July 19.

3. Hearing on Plaintiffs' motion for collection certification is continued from June 22, 2012 to August 3, 2012.

IT IS SO ORDERED.

DATED: May 22, 2012

_____
MAXINE M. CHESNEY
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE HEARING ON COLLECTIVE CERTIFICATION AND SET BRIEFING SCHEDULE

CASE NO. CV 09-5748 MMC