MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel:  213.612.1018
Fax:  213.612.2501
email:  jbattenfeld@morganlewis.com

MICHAEL J. PUMA (Admitted *pro hac vice)*
JUSTIN S. BROOKS (Admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel:  215-963-5000
Fax:  215-963-5001
E-mail:  mpuma@morganlewis.com
E-mail:  justin.brooks@morganlewis.com

Attorneys for Defendants Sara Lee Corporation,
Sara Lee Bakery Group and Earthgrains
Baking Companies, Inc.

SPIRO MOORE LLP
IRA SPIRO (SBN 67641)
JENNIFER CONNOR (SBN 241480)
11377 W. Olympic Boulevard, Fifth Fl.
Los Angeles, CA 90064
Tel:  310.235.2468
Fax: 310.235.2456
E-mail:  ira@spiromoore.com
E-mail:  jennifer@spiromoore.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20<br><br>Defendants. | Case No. C 09-5748 MMC<br><br>**JOINT STIPULATION RE NOTICE OF SETTLEMENT AND REQUEST FOR COURT TO SET DATE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**ORDER GRANTING JOINT REQUEST; DEEMING PENDING MOTIONS WITHDRAWN WITHOUT PREJUDICE** |

# NOTICE OF SETTLEMENT

Plaintiffs David M. Cathcart, James H. Whitehead, Robert W. Decker, and Dale Baldissseri ("Plaintiffs"), and Defendants Sara Lee Corporation, Sara Lee Bakery Group, and Earthgrains Baking Companies, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Notice of Settlement.

In March of 2012, the Parties participated in mediation before mediator Jeffrey Krivis, Esq. Following the mediation, the parties continued to negotiate, and on May 31, 2012, they reached a settlement of all class claims asserted by Plaintiffs in this action and executed a Memorandum of Understanding memorializing the settlement. The Parties are preparing a formal stipulation of settlement and notice of settlement to be distributed to putative class members and plan for Plaintiffs to submit a motion for preliminary approval of the class action settlement on or before June 22, 2012, with a hearing on the motion for preliminary approval on or before July 27, 2012, subject to the Court's availability.

Based upon the foregoing, the Parties respectfully request that the Court vacate all pending deadlines and set a date for Plaintiffs to file their motion for preliminary approval of the class action settlement and for a hearing on such motion.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED: May 31, 2012                    MORGAN, LEWIS & BOCKIUS LLP

                                       BY: /s/ Justin S. Brooks
                                           Justin S. Brooks

                                       Attorneys for Defendants

DATED: May 31, 2012                             SPIRO MOORE LLP

                                                BY: /s/ Jennifer L. Connor
                                                    Jennifer L. Connor

                                                Attorneys for Plaintiffs

### ~~[PROPOSED]~~ ORDER

All pending deadlines are hereby vacated.  Plaintiffs shall file a motion for preliminary approval of the class action settlement by June 22, 2012.  The court shall hold a hearing on the motion for preliminary approval on July 27, 2012.

Defendants' Motion for Leave to Amend Their Answer and plaintiffs' Motion for Conditional Collective Certification are deemed WITHDRAWN, without prejudice to refiling in the event the Court does not grant final approval of the settlement.

SO ORDERED.

Dated: June 4, 2012

                                                _____
                                                MAXINE M. CHESNEY
                                                United States District Judge