MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel:  213.612.1018
Fax:  213.612.2501
email:  jbattenfeld@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
JUSTIN S. BROOKS (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel:  215-963-5000
Fax:  215-963-5001
E-mail:  mpuma@morganlewis.com
E-mail:  justin.brooks@morganlewis.com

Attorneys for Defendants Sara Lee Corporation,
Sara Lee Bakery Group and Earthgrains
Baking Companies, Inc.

SPIRO MOORE LLP
IRA SPIRO (SBN 67641)
JENNIFER CONNOR (SBN 241480)
11377 W. Olympic Boulevard, Fifth Fl.
Los Angeles, CA 90064
Tel:  310.235.2468
Fax: 310.235.2456
E-mail:  ira@spiromoore.com
E-mail:  jennifer@spiromoore.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and Does 2 through 20,<br><br>Defendants. | Case No. C 09-5748 MMC<br><br>**JOINT STIPULATION RE RESCHEDULING OF PRELIMINARY APPROVAL HEARING**<br><br>**AND ORDER THEREON** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs David M. Cathcart, James H. Whitehead, Robert W. Decker, and Dale Baldissseri ("Plaintiffs") and Defendants Sara Lee Corporation, Sara Lee Bakery Group, and Earthgrains Baking Companies, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Stipulation asking the Court for a one-week of adjournment of the hearing on Plaintiffs' forthcoming Motion for Preliminary Approval of the Parties' proposed class and collective action settlement, to the extent that the Court believes a hearing is necessary for what will be an unopposed Motion.

On May 31, 2012, the Parties reached a settlement of the class and collective claims asserted by Plaintiffs in this action and executed a Memorandum of Understanding memorializing the settlement and anticipate executing a formal Stipulation of Settlement next week.  A hearing on Plaintiffs' Motion for Preliminary Approval of that Stipulation of Settlement and the Notice that would be sent to the putative class and collective action members, which will be filed on June 22, 2012, is scheduled for July 27, 2012.  *See* Dkt. No. 118.  However, Defendants' counsel has conflicting obligations for another matter on that date.  Accordingly, to the extent that the Court anticipates a hearing on what will be an unopposed Motion for Preliminary Approval, the Parties respectfully request that the Court reschedule the Preliminary Approval Hearing for August 3, 2012.

In compliance with General Order No. 45 (X), as filing party, Defendants attest that all signatories below concur in the filing of this document.

DATED:  June 11, 2012                           MORGAN, LEWIS & BOCKIUS LLP

                                                              BY: /s/ Justin S. Brooks
                                                                    Justin S. Brooks

                                                              Attorneys for Defendants

DATED:  June 11, 2012                           SPIRO MOORE LLP

1

BY: /s/ Jennifer L. Connor

2
Jennifer L. Connor

3
Attorneys for Plaintiffs

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Court hereby removes the hearing on Plaintiffs' Motion for Preliminary Approval of the proposed class and collective action settlement from the July 27, 2012 motions calendar.  The Preliminary Approval Hearing shall be rescheduled for August 3, 2012 at 9:00 a.m., and may be adjourned by further Order of the Court upon the Court's review of the Motion papers.

SO ORDERED.

Dated:  June  12  , 2012

MAXINE M. CHESNEY
United States District Judge