MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel:  213.612.1018
Fax:  213.612.2501
email:  jbattenfeld@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
JUSTIN S. BROOKS (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel:  215-963-5000
Fax:  215-963-5001
E-mail:  mpuma@morganlewis.com
E-mail:  justin.brooks@morganlewis.com

Attorneys for Defendants Sara Lee Corporation,
Sara Lee Bakery Group and Earthgrains
Baking Companies, Inc.

SPIRO MOORE LLP
IRA SPIRO (SBN 67641)
JENNIFER CONNOR (SBN 241480)
11377 W. Olympic Boulevard, Fifth Fl.
Los Angeles, CA 90064
Tel:  310.235.2468
Fax: 310.235.2456
E-mail:  ira@spiromoore.com
E-mail:  jennifer@spiromoore.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and Does 2 through 20,<br><br>Defendants. | Case No. C 09-5748 MMC<br><br>**JOINT STIPULATION RE: RESCHEDULING OF PRELIMINARY APPROVAL MOTION FILING DEADLINE**<br><br>**AND ORDER THEREON** |

# STIPULATION

Plaintiffs David M. Cathcart, James H. Whitehead, Robert W. Decker, and Dale Baldissseri ("Plaintiffs") and Defendants Sara Lee Corporation, Sara Lee Bakery Group, and Earthgrains Baking Companies, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Stipulation asking the Court for ***a short one (1) week of continuance*** of the deadline to file Plaintiffs' forthcoming Motion for Preliminary Approval papers in support of the Parties' proposed class and collective action settlement ("Settlement").

On May 31, 2012, the Parties reached a settlement of the class and collective claims asserted by Plaintiffs in this action, executed a Memorandum of Understanding memorializing the Settlement, and are executing a formal Stipulation of Settlement. At the Parties' stipulated joint request, and to accommodate a scheduling conflict affecting Defendants' counsel, the Court re-scheduled the hearing on Plaintiffs' Motion for Preliminary Approval of the proposed Settlement from July 27, 2012 to August 3, 2012. [Dkt. No. 120]. While the Parties are working diligently to finalize all the Preliminary Approval papers, both Parties would benefit from one additional week in order to allow submission of the most accurate data, agreed upon documents, and fulsome briefing for consideration to the Court. Given that the Court already approved a one week continuance of the Preliminary Approval Hearing, the Parties respectfully request that the Court likewise continue the filing deadline from June 22, 2012 by one week, until June 29, 2012.

In compliance with General Order No. 45 (X), as filing party, Plaintiffs attest that all signatories below concur in the filing of this document.

DATED: June 19, 2012						MORGAN, LEWIS & BOCKIUS LLP

							BY: /s/ Justin S. Brooks
								Justin S. Brooks
							Attorneys for Defendants


DATED: June 19, 2012						SPIRO MOORE LLP

							BY: /s/ Jennifer L. Connor
								Jennifer L. Connor
							Attorneys for Plaintiffs

2

Stipulation Re: Rescheduling of Preliminary Approval Hearing

**[PROPOSED] ORDER**

The Court hereby continues the filing deadline set for Plaintiffs' Motion for Preliminary Approval of the proposed class and collective action settlement from June 22, 2012 by one (1) week, to June 29, 2012; consistent with the previously granted one week continuance of the Preliminary Approval hearing date.

SO ORDERED.

Dated: June 20, 2012

_____
MAXINE M. CHESNEY
United States District Judge