**SPIRO MOORE LLP**
Ira Spiro (SBN 67641)
  ira@spiromoore.com
Jennifer L. Connor (SBN 241480)
  jennifer@spiromoore.com
11377 W. Olympic Blvd 5th Floor
Los Angeles, CA 90064
Telephone: 310-235-2468
Facsimile:  310-235-2456

**GIGLIOTTI & GIGLIOTTI, L.L.P.**
Joseph J. Gigliotti, (SBN 144979)
  gigliottilaw@msn.com
2501 Rancho Parkway S., Ste. 101
Lake Forest, CA 92630
Tel: (949) 305-8208
Fax: (949) 305-8239

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CATHCART, JAMES H. WHITEHEAD, ROBERT W. DECKER, DALE BALDISSERI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, EARTHGRAINS BAKING COMPANIES, INC. (formerly sued as DOE 1) and DOES 2 through 20,<br><br>Defendants. | Case No. CV 09-5748 MMC<br><br>[~~AMENDED PROPOSED~~] ORDER GRANTING:<br><br>(1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;<br><br>(2) PRELIMINARY CERTIFICATION OF THE CLASS FOR SETTLEMENT;<br><br>(3) APPROVAL OF THE FORM AND METHOD OF NOTICE; AND<br><br>(4) THE SCHEDULING OF A FINAL APPROVAL HEARING |

On August 3, 2012, the Court heard a motion by David M. Cathcart, James H. Whitehead, Robert W. Decker, and Dale Baldisseri (collectively "Plaintiffs" or "Class Representatives") for preliminary approval of the parties' proposed settlement. The Court has read and considered Plaintiffs' unopposed motion for preliminary approval, the declarations submitted in support thereof, the attached exhibits and all papers filed in support of the motion, along with the arguments presented by counsel at the preliminary approval hearing, and hereby finds and orders as follows:

The Court finds on a preliminary basis that the settlement memorialized in the Joint Stipulation of Class Settlement and Release ("Stipulation"), filed with the Court on August 9, 2012 and attached at Exhibit "1" to the <u>Declaration of Jennifer L. Connor</u> ("Connor Decl.") filed in support of Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement (the "Motion"), falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

> The Court conditionally certifies, for settlement purposes only, the following class ("Class") described in the Stipulation: All individuals employed by Defendant Earthgrains Baking Companies, Inc. ("Earthgrains") or alleged to be employed by the other Defendants in the position of "Route Sales Representative" or "Driver Salesman" – as defined in the two collective bargaining agreements (CBAs) that have been addressed in this action – for one or more days between December 8, 2005 and the Preliminary Approval Date.

The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of settlement. The Court further finds, for settlement purposes only, that conditional certification of the Action as a collective action under section 216(b) of the Fair Labor Standards Act ("FLSA") is appropriate.

This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class or collective certification, opposing decertification, or for any other purpose, other than enforcing the terms of the Stipulation.

The Court appoints, for settlement purposes only, David M. Cathcart, James H. Whitehead, Robert W. Decker, and Dale Baldisseri as Class Representatives.

The Court appoints, for settlement purposes only, Ira Spiro and Jennifer Connor of Spiro Moore LLP and Joseph J. Gigliotti of Gigliotti & Gigliotti, LLP as Class Counsel for the purposes of settlement and the releases and other obligations therein. Simpluris, Inc. is appointed as Settlement Administrator.

The Class Notice, attached at Exhibit "2" to Connor Decl. and the Claim Form, attached at Exhibit "3" to Connor Decl. filed in support of the Motion are approved. Further, the Settlement Administrator letter regarding inconsistent documentation and Change of Name and/or Address Information Form, attached at Exhibit "4" and Exhibit "5" to Connor Decl., respectively, are approved. The Settlement Administrator is ordered to mail those documents to the Class Members as provided in the Stipulation.

The Court will conduct a Final Approval Hearing to determine the overall fairness of the settlement, attorneys' fees and costs to Class Counsel, and enhancements to the Plaintiffs. The Final Approval Hearing may be continued without further notice to Class Members. All parties are to follow the schedule deadline set forth below:

| | |
|---|---|
| August 23, 2012 | Defendants to provide Class Member list to Settlement Administrator and Class Counsel |
| August 30, 2012 | Settlement Administrator shall mail Notice Of Settlement Of Class Action by First Class U.S. Mail To Class Members |
| September 24, 2012 | Class Counsel to file Motion For Attorneys' Fees And Costs And To Post Such Motion On Settlement Administrator Website |

| | |
|---|---|
| October 5, 2012 | Settlement Administrator shall mail the Reminder Notice Of Settlement Of Class Action |
| October 29, 2012 | Last day for Class Members to opt-out or to object to the Settlement |
| October 29, 2012 | Last day for Class Members to timely submit a Claim Form |
| November 5, 2012 | Settlement Administrator to provide counsel for Plaintiffs and Defendants declaration verifying mailing and Class Member participation |
| November 16, 2012 | Last day for filing and serving papers in moving for and in support of Final Approval of Settlement, along with application for any Fees/Expenses and Class Representative Payments to Class Representatives |
| December 14, 2012 at 9:00 a.m. | Final Approval Hearing |

**IT IS SO ORDERED.**

Dated: <u>August 10</u>, 2012

*[signature]*
The Honorable Maxine M. Chesney
United States District Court Judge